UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>SMF ENERGY CORPORATION<br>H&W PETROLEUM COMPANY, INC.<br>SMF SERVICES, INC.<br>STREICHER REALTY, INC.<br><br>      Debtors.<br>_____/ | CASE NOS.  12-19084-BKC-RBR,<br>                       12-19085-BKC-RBR,<br>                       12-19086-BKC-RBR &<br>                       12-19087-BKC-RBR<br><br>CHAPTER 11<br>(JOINTLY ADMINISTERED) |
| SONEET R. KAPILA, Liquidating Trustee of the SMF Energy Liquidating Trust,<br><br>      Liquidating Trustee,<br>v.<br><br>GRANT THORNTON LLP, an Illinois limited liability partnership,<br><br>      Defendant.<br>_____/ | ADV. NO. 14-01162-RBR-A |

### AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Grant Thornton LLP ("Grant Thornton"), with the consent of counsel for Soneet R. Kapila, as the Liquidating Trustee ("Liquidating Trustee") for SMF Energy Corporation and three of its subsidiaries and affiliates (collectively the "Debtors"), hereby moves this Court for an order extending the deadline to answer or otherwise respond to the Adversary Complaint ("Complaint") pursuant to Bankruptcy Rule 9006, showing the court as follows:

1.      Grant Thornton states that, by filing this motion in the Bankruptcy Court pursuant to the requirements of the Local Rules, Grant Thornton does not consent to jurisdiction

over this matter by the Bankruptcy Court or to the Bankruptcy Court's exercise of authority to enter a final order or judgment in this proceeding or to submit proposed findings of fact and conclusions of law. Nothing in this request is intended to confer upon the Bankruptcy Court any authority or jurisdiction that would not otherwise exist or to waive any right to arbitration that may exist, and Grant Thornton reserves all defenses to this action.

2. The Liquidating Trustee filed his Complaint against Grant Thornton on or about February 7, 2014. Summons was issued, and the Complaint was served on Grant Thornton on or about February 10, 2014.

3. The Liquidating Trustee and Grant Thornton agreed that Grant Thornton will have until April 18, 2014 to answer or otherwise respond to the Complaint. If Grant Thornton files a motion or motions addressing some or all of the claims in the Adversary Complaint and claims remain to be litigated after the Court resolves such motion(s), then Grant Thornton shall have thirty (30) days from the date of the Court's order resolving such motion(s) in which to file its answer to any surviving portions of the Complaint.

4. This instant Motion for Extension of Time, to which the Liquidating Trustee has consented, is brought prior to the date Grant Thornton's answer or other response to the Complaint is due to be filed.

5. By separate motion, the Liquidating Trustee and Grant Thornton are also jointly seeking a continuance of the Pretrial Conference and extension of all related pretrial and discovery deadlines.

6.  Grant Thornton has prepared a Consent Order for the Court's consideration, which Consent Order is attached hereto as Exhibit "A". The Liquidating Trustee has consented to the entry of Exhibit "A."

7.  Grant Thornton, with the Liquidating Trustee's consent, makes this motion in good faith and not for purposes of delay.

WHEREFORE, Defendant Grant Thornton requests that the Court grant this agreed upon request for an extension of time by signing the Consent Order which is attached hereto for the Court's convenience.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A) and 9011-4(A)(1)

    MRACHEK, FITZGERALD, ROSE, KONOPKA THOMAS & WEISS, P.A.
    505 S. Flagler Drive, Suite 600
    West Palm Beach, FL 33401
    Telephone: (561) 655-2250
    Facsimile: (561) 655-5537
    e-mail: lmrahek@mrachek-law.com

By: /s/ L. Louis Mrachek
    L. Louis Mrachek
    Florida Bar No. 182880

    and

        Elizabeth V. Tanis, Esquire *
        Georgia Bar No. 697415
        e-mail: etanis@kslaw.com
        Cheri A. Gosvenor, Esquire *
        Georgia Bar No. 314360
        e-mail: CGrosvenor@KSLAW.com
        Kristen A. Lynn, Esquire *
        Georgia Bar No. 702536
        e-mail: klynn@kslaw.com
        King & Spalding, LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3521
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5100

        Attorneys for Defendant Grant Thornton, LLP

*Pro Hac Vice Motions to be filed ASAP

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of March, 2014, a copy of the foregoing was served via the CM/ECF system upon the parties listed on the below Service List who have consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

        By: /s/ L. Louis Mrachek
        L. Louis Mrachek

## SERVICE LIST

*Served Via CM/ECF Notification*

David C. Cimo, Esq on behalf of Liquidating Trustee Soneet R. Kapila
dcimo@gjb-law.com, gjbecf@gjb-law.com