**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NOS.  12-19084-BKC-RBR |
| | 12-19085-BKC-RBR |
| SMF ENERGY CORPORATION | 12-19086-BKC-RBR |
| H&W PETROLEUM COMPANY, INC. | 12-19087-BKC-RBR |
| SMF SERVICES, INC. | |
| STREICHER REALTY, INC. | CHAPTER 11 |
| | (JOINTLY ADMINISTERED) |
| Debtors. | |
| _____/ | |
| SONEET R. KAPILA, Liquidating | ADV. NO. 14-01162-RBR-A |
| Trustee of the SMF Energy Liquidating | |
| Trust, | |
| Liquidating Trustee, | |
| v. | |
| GRANT THORNTON LLP, an Illinois | |
| limited liability partnership, | |
| Defendant. | |
| _____/ | |

### AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Defendant Grant Thornton LLP ("Grant Thornton"), with the consent of counsel for Soneet R. Kapila, as the Liquidating Trustee ("Liquidating Trustee") for SMF Energy Corporation and three of its subsidiaries and affiliates (collectively the "Debtors"), hereby moves this Court for leave to exceed the page limitation for its Motion to Dismiss in Part Adversary Complaint and Incorporated Memorandum of Law ("Motion to Dismiss").

The Court's "Order Setting Filing and Disclosure Requirements for Pretrial and Trial" [ECF 4] provides for a 20-page limitation on motions to dismiss. The Adversary Complaint includes multiple state law tort claims, and the Motion to Dismiss (which is due to be filed

tomorrow, April 18, 2014) includes multiple grounds on which Grant Thornton submits the Trustee's claims are subject to dismissal.

Accordingly, Grant Thornton requests, and counsel for the Trustee has consented to, an extension of the page limit to allow Grant Thornton up to thirty (30) pages as needed for its Motion to Dismiss. Grant Thornton believes the additional pages will assist the Court in resolving the Motion to Dismiss and will not unduly burden the parties or the Court.

WHEREFORE, Grant Thornton prays that its agreed motion for leave to exceed page limitation be granted. A proposed Consent Order is attached hereto for the Court's convenience.

Dated this 17th day of April, 2014.

Respectfully submitted,

MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile: (561) 655-5537
Email: lmrachek@mrachek-law.com

By: /s/ L. Louis Mrachek
　　L. Louis Mrachek
　　Florida Bar No. 182880

and

Elizabeth V. Tanis (pro hac vice)
Georgia Bar No. 697415
email: etanis@kslaw.com
Cheri A. Grosvenor (pro hac vice)
Georgia Bar No. 314360
email: cgrosvenor@kslaw.com

KING & SPALDING LLP
1180 Peachtree St., N.E.
Atlanta, GA  30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant Grant Thornton, LLP

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of April, 2014, a copy of the foregoing was served via the CM/ECF system upon the parties listed on the below Service List who have consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

                                                      By: /s/ L. Louis Mrachek
                                                            L. Louis Mrachek

## SERVICE LIST

*Served Via CM/ECF Notification*

David C. Cimo, Esq on behalf of Liquidating Trustee Soneet R. Kapila
dcimo@gjb-law.com, gjbecf@gjb-law.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NOS.   12-19084-BKC-RBR |
| | 12-19085-BKC-RBR |
| SMF ENERGY CORPORATION | 12-19086-BKC-RBR |
| H&W PETROLEUM COMPANY, INC. | 12-19087-BKC-RBR |
| SMF SERVICES, INC. | |
| STREICHER REALTY, INC. | CHAPTER 11 |
| | (JOINTLY ADMINISTERED) |
| Debtors. | |
| _____/ | |
| | |
| SONEET R. KAPILA, Liquidating | ADV. NO. 14-01162-RBR-A |
| Trustee of the SMF Energy Liquidating | |
| Trust, | |
| | |
| Liquidating Trustee, | |
| v. | |
| | |
| GRANT THORNTON LLP, an Illinois | |
| limited liability partnership, | |
| | |
| Defendant. | |
| _____/ | |

**CONSENT ORDER**

The parties having consented hereto, and for good cause shown, IT IS HEREBY ORDERED that Grant Thornton LLP shall have up to thirty (30) total pages for its Motion to Dismiss.

####

Order Submitted by:

L. Louis Mrachek, Esquire
Mrachek, Fitzgerald, Rose, Konopka
Thomas & Weiss, P.A.
Suite 600, 505 South Flagler Drive
West Palm Beach, Florida 33401
Telephone:  561-655-2250
e-mail:  lmrachek@mrachek-law.com


**L. Louis Mrachek is directed to serve a copy of this order on the interested parties entitled to notice and file a certificate of service.**