IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re<br><br>SMF ENERGY CORPORATION<br>H&W PETROLEUM COMPANY, INC.<br>SMF SERVICES, INC.<br>STREICHER REALTY, INC.<br><br>      Debtors.<br>_____/ | CASE NOS.  12-19084-BKC-RBR,<br>                    12-19085-BKC-RBR,<br>                    12-19086-BKC-RBR,<br>                    12-19087-BKC-RBR<br><br>CHAPTER 11<br>(JOINTLY ADMINISTERED) |
| SONEET R. KAPILA, Liquidating<br>Trustee of the SMF Energy Liquidating<br>Trust,<br><br>      Liquidating Trustee,<br><br>v.<br><br>GRANT THORNTON LLP, an Illinois<br>limited liability partnership,<br><br>      Defendant.<br>_____/ | ADV. NO. 14-01162-RBR-A |

**JOINT *EX PARTE* MOTION FOR ENTRY OF A SCHEDULING
ORDER ESTABLISHING BRIEFING SCHEDULE**

Pursuant to the April 10, 2017 Order entered by the United States District Court for the Southern District of Florida [D.E. 37, Case No. 0:14-cv-61194-RNS] referring the action back to this Court, Defendant Grant Thornton LLP ("Grant Thornton") and Plaintiff Soneet R. Kapila, in his capacity as the Liquidating Trustee ("Liquidating Trustee") of the SMF Energy Liquidating Trust (collectively, the "Parties"), jointly move for the entry of a briefing schedule for motions in limine and *Daubert* motions as proposed in Exhibit "A" hereto. In support thereof, the Parties state:

1. On October 13, 2016, this Court issued a Report and Recommendation to the District Court to Deny the [Parties'] Motions for Summary Judgment [D.E. 267].

2. On October 26 and 27, 2016, the Parties each filed Objections to the Report and Recommendation with the United States District Court for the Southern District of Florida.

3. On March 9, 2017, the District Court issued an Order on Report and Recommendation and Reopening Case, overruling the Liquidating Trustee's Objections and sustaining Grant Thornton's Objections [District Court D.E. 20]. In that Order, the District Court held that Grant Thornton was entitled to summary judgment on the Trustee's claims for professional negligence, negligent misrepresentation, and aiding and abetting breach of fiduciary duty (Counts I, II and III).

4. The Liquidating Trustee's claims remaining for trial before the District Court are Counts IV (Avoidance and Recovery of Avoidable Four Year Transfers) and V (Avoidance and Recovery of 90 Day Preferential Transfer). Count VI (Turnover) is moot. The Parties have not yet filed motions in limine or *Daubert* motions (collectively, the "Motions").

5. The District Court's April 10, 2017 Order Canceling Trial Dates, Clarifying Case Status and Denying as Moot the Agreed Motion to Modify the Scheduling Order [District Court D.E. 37] stated that, "the parties are directed to resolve their remaining *Daubert* motions and motions in limine before the bankruptcy court." In accordance with that Order, the parties have agreed on and propose the following schedule for the Motions:

    Motions:    June 30, 2017

    Responses:    July 28, 2017

    Replies:    August 18, 2017

**WHEREFORE**, the Parties jointly move for the entry of the Scheduling Order Setting Briefing Schedule attached hereto as Exhibit "A", and for any and all other relief this Court deems just and equitable.

Dated this 26th day of May, 2017.

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A.<br>*Counsel to the Liquidating Trustee*<br>100 S.E. Second Street, 44th Floor<br>Miami, Florida 33131<br>Telephone: 305-349-2300<br>Facsimile: 305-349-2310<br><br>By:  s/ Gregory M. Garno<br>Gregory M. Garno, FBN 087505<br>ggarno@gjb-law.com<br>David C. Cimo , FBN 775400<br>dcimo@gjb-law.com<br>Theresa Van Vliet, FBN 374040<br>tvanvliet@gjb-law.com<br>Jesus M. Suarez, Esq., FBN 060086<br>jsuarez@gjb-law.com | MRACHEK, FITZGERALD, ROSE,<br>KONOPKA, THOMAS & WEISS, P.A.<br>*Counsel to Grant Thornton*<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401<br>Telephone:  561-655-2250<br>Facsimile:   561-655-5537<br><br>By:    s/ L. Louis Mrachek<br>       L. Louis Mrachek, FBN 182880<br>       lmrachek@mrachek-law.com<br><br>By:  /s/ Cheri A. Grosvenor<br>Georgia Bar No. 314360 (pro hac vice)<br><br>KING & SPALDING LLP<br>1180 Peachtree St., N.E.<br>Atlanta, GA  30309-3521<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br><br>Elizabeth V. Tanis (pro hac vice)<br>Georgia Bar No. 697415<br>email: etanis@kslaw.com<br>Cheri A. Grosvenor (pro hac vice)<br>Georgia Bar No. 314360<br>email: cgrosvenor@kslaw.com<br><br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4707<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737<br><br>Kevin Dinan (pro hac vice)<br>Virginia Bar No. 25517<br>Washington, D.C. Bar No. 406627 |

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of May, 2017, a copy of the foregoing was served via the CM/ECF system upon the parties listed on the below Service List who have consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

By: /s/ Cheri A. Grosvenor
Cheri A. Grosvenor

## SERVICE LIST

*Served Via CM/ECF Notification*

Gregory Garno, Esq. on behalf of Liquidating Trustee Soneet R. Kapila
ggarno@gjb-law.com, gjbecf@gjb-law.com

Theresa Van Vliet, Esq. on behalf of Liquidating Trustee Soneet R. Kapila
tvanvliet@gjb-law.com, gjbecf@gjb-law.com

Jesus Suarez, Esq. on behalf of Liquidating Trustee Soneet R. Kapila
jsuarez@gjb-law.com, gjbecf@gjb-law.com